HEARD NOVEMBER TERM, 1879.

CASE No. 767.*

A. J. KIBLER v. J. D. McILWAIN.

Appeal dismissed on motion, for want of service of notice of appeal upon the clerk of the Circuit Court, within the time required by statute.

Motion to dismiss appeal, notice of appeal not having been served upon the clerk of the Circuit Court for the proper county, within the time required by statute. The appeal in this case was taken before the act of December 19th, 1878, took effect. 16 *Stat.* 698.

November 28th, 1879. The opinion was delivered

PER CURIAM. The appeal must be dismissed for want of service in due time of notice of appeal upon the clerk. The power of allowing the rectification of any proceedings in taking an appeal where defective is regulated by the code and confined in terms to proceedings other than the notice of appeal as required. This excludes any general authority that might otherwise have been exercised.

Motion granted.

* This is the first decided case of those heard during the term of the present Reporter, which commenced September 27th, 1879.